| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Schaaf, Gregory R. | 2. Court or Organization U.S. Bankruptcy Court, Eastern District of Kentucky | 3. Date of Report 01/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Court Judge (full time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Lexington (Kentucky) Humane Society |
| 2. | Member and Vice President, Board of Directors | God's Pantry Food Bank (Lexington, KY) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Bingham Greenebaum Doll LLP Limited Partnership Agreement (partner; terminated upon employment w/ Court; capital a of termination date repaid Dec 2012) |
| 2. | 2011-12 | Greenebaum Doll & McDonald Retirement Plan (participant only; all funds withdrawn Nov/Dec 2012; stayed under old firm name) |
| 3. | 2011 | Greenebaum Doll & McDonald Operating Agreement (member; terminated upon merger with another law firm; became a partnership (see also Part VII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Bingham Greenebaum Doll LLP; partnership draws; distributions | $229,668.50 |
| 2. 2011 | Greenebaum, Doll & McDonald PLLC; distributions | $263,641.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | ACS Hillingdon International School, Hillingdon, Middlesex, England, College Counselor, Salary |
| 2. 2012 | Sayre School, Lexington, KY, College Counselor/teacher, Salary |
| 3. 2012 | Lush Cosmetics, NY LLC, Lexington, KY, Sales Clerk, Hourly |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT (INITIAL REPORT) | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT (INITIAL REPORT) | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | K | T | Exempt | | | | |
| 2. General American Life (whole life) | | None | K | T | Exempt | | | | |
| 3. Bingham Greenebaum Doll (see Part VIII) | G | Distribution | | | Exempt | | | | |
| 4. Greenebaum Doll & McDonald (see Part VII) | G | Distribution | | | Exempt | | | | |
| 5. Old Retirement Account-BMO Retirement Services (no control) | | | | | | | | | |
| 6. -BMO Prime Money Market | | None | | | Exempt | | | | |
| 7. -Oakmark Equity & income | | None | | | Exempt | | | | |
| 8. -T. Rowe price Growth Stock FD | | None | | | Exempt | | | | |
| 9. -Fidelity Div Int'l | | None | | | Exempt | | | | |
| 10. New Retirement Account - Hilliard Lyons (risk based) | | | | | | | | | |
| 11. -ARTIX (investor cl) | A | Dividend | K | T | Exempt | | | | |
| 12. -DODGX (Stock) | A | Dividend | L | T | Exempt | | | | |
| 13. -AEPFX (CL F2) | A | Dividend | K | T | Exempt | | | | |
| 14. -HAINX (Instl Cl) | A | Dividend | K | T | Exempt | | | | |
| 15. -OHYFX (Select Cl) | A | Dividend | K | T | Exempt | | | | |
| 16. -SBPYX (Clearbridge Small Cap Growth Cl1) | A | Dividend | K | T | Exempt | | | | |
| 17. -PARSX | | None | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PELPX (Local Bond CL P) | A | Dividend | K | T | Exempt | | | | |
| 19. PTTPX (CL P) | A | Dividend | J | T | Exempt | | | | |
| 20. -PFBPX (Bond Hedged Cl P) | A | Dividend | K | T | Exempt | | | | |
| 21. -TRBCX (Blue Chip Growth) | A | Dividend | L | T | Exempt | | | | |
| 22. -PRSVX (Value) | A | Dividend | K | T | Exempt | | | | |
| 23. -HIEMX (Markets Opportunities CL 1) | A | Dividend | L | T | Exempt | | | | |
| 24. -STDFX (Cap Growth Admin CL) | | None | L | T | Exempt | | | | |
| 25. -ESIDX (Int'l Bond Admin Cl) | A | Dividend | J | T | Exempt | | | | |
| 26. -Federated Auto'd Gov't Money Trust | | None | J | T | Exempt | | | | |
| 27. ALU | | None | J | T | Exempt | | | | |
| 28. CSCO | A | Dividend | J | T | Exempt | | | | |
| 29. KO | A | Dividend | J | T | Exempt | | | | |
| 30. | | | | | | | | | |
| 31. TIAA-CREF (Retirement) | | | | | | | | | |
| 32. -TIAA Trad'l | | None | K | T | Exempt | | | | |
| 33. -CREF Stock | | None | K | T | Exempt | | | | |
| 34. -TIAA Real Estate | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CREF In'l Linked Bond | | None | J | T | Exempt | | | | |
| 36. VANGUARD (Investment) | | | | | | | | | |
| 37. -VFIAX | A | Dividend | L | T | Exempt | | | | |
| 38. -VEXAX | B | Dividend | K | T | Exempt | | | | |
| 39. -VMMXX | B | Dividend | K | T | Exempt | | | | |
| 40. -VBTLX | B | Dividend | K | T | Exempt | | | | |
| 41. -VTIAX | A | Dividend | L | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information, Item 5(a): I understand this filing also satisfies my annual report obligation as it covers the period through 12/31/2012. If that is not correct, please (a) treat it as my annual report; or (b) let me know what I need to do. Thank you.

Part VII, lines 3 and 4: This is my capital investment in my former law firm. I show on two lines because the firm merged with another firm at the beginning of 2012 and changed from a professional limited liability company (a membership interest) to a partnerhip. My capital interest ceased effective when I moved to the bench. The capital investment was repaid in early December 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 01/25/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory R. Schaaf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544